IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Clifton Singletary, | ) | C/A No. 0:19-1928-MBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Broad River Correctional Institution; Major Parish, | ) | |
| Defendants. | ) | |

Plaintiff, Clifton Singletary, a self-represented state prisoner, filed this civil rights action. By order issued July 25, 2019, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 4.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff responded to the order by asking for an extension of time to obtain his financial statement from the South Carolina Department of Corrections. (ECF No. 6.) The court granted Plaintiff an extension to September 5, 2019. (ECF No. 7.) The time for Plaintiff's response has lapsed and Plaintiff has not made any other attempt to comply with the court's order. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

October 1, 2019　　　　　　　　　　/s/ Margaret B. Seymour
Charleston, South Carolina　　　　Senior United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period
set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.